IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02150-BNB

JUAN B. BOTERO,

Plaintiff,

v.

THOMAS G. TANCREDO,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2006

GREGORY C. LANGHAM
CLERK

---

ORDER AND JUDGMENT OF DISMISSAL

---

On October 26, 2006, Plaintiff Juan B. Botero submitted to the Court a *pro se* Complaint pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), and 28 U.S.C. § 1331. The Court must construe the Complaint liberally because Plaintiff is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the Complaint and action without prejudice.

In the Complaint, Plaintiff asserts that Defendant Thomas G. Tancredo has violated his First and Fourth Amendment rights. He specifically asserts that Defendant Tancredo violated his right to free speech and to political free speech when he made a false report to the U.S. Capitol Police, in Washington D.C., about Plaintiff. Plaintiff

further asserts that as a result of the false report he was held and questioned for approximately four hours and that his right to lawful activities was suppressed and his personal property was confiscated. Plaintiff also asserts that Defendant Tancredo made false statements about Plaintiff's policy views, engaged in racial profiling against him, and continues to make bizarre, defamatory, and slanderous remarks about him.

Although Plaintiff does not specifically state in the Complaint, the Court is aware and takes notice that during the time of the alleged actions Plaintiff was a candidate for the congressional seat that Defendant Tancredo currently holds in the United States House of Representatives. Plaintiff opposed Defendant Tancredo in the primary election. The Court further notes that Plaintiff has, in the Complaint, politicized his claims against Defendant Tancredo. To the extent that Plaintiff is challenging Defendant's claims, accusations, and allegations asserted against him, it is incumbent upon the Court not to interfere with campaign debate.

Furthermore, to the extent that Plaintiff raises First and Fourth Amendment claims regarding the action taken by the U. S. Capitol Police, this Court lacks proper venue to review the claims. Under 28 U.S.C. § 1391, the statute that provides for venue, paragraph (b) states that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because the actions by the U.S. Capitol police occurred in Washington D.C., venue is improper in this Court. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 20 day of Nov., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02150-BNB

Juan B. Botero
P.O. Box 271147
Littleton, CO 80127

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/21/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk